B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of West Virginia

In re  Crystal Angelina Rollyson                ,          Case No.  3:15-bk-00922

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Home Point Financial Corporation | Home Point Financial Corporation |
|---|---|
| Name of Transferee | c/o Cenlar FSB |
|  | Name of Transferor |

Name and Address where notices to transferee should be sent:
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234
Phone: _____
Last Four Digits of Acct #:  ____3369____

Court Claim # (if known):  ___10-1___
Amount of Claim:  ___$213,902.62___
Date Claim Filed:  ___08/10/2016___

Phone: _____
Last Four Digits of Acct. #:  ____3369____

Name and Address where transferee payments should be sent (if different from above):
Home Point Financial Corporation
PO Box 790309
St. Louis, MO 63179
Phone: _____
Last Four Digits of Acct #:____3369____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                Date: 09/11/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.